UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

| | |
|---|---|
| Malibu Media LLC | |
| Plaintiff, | |
| v. | Case No.: 1:16–cv–02345 |
| | Honorable Virginia M. Kendall |
| John Doe, subscriber assigned IP address 99.39.164.94 | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 20, 2016:

MINUTE entry before the Honorable Virginia M. Kendall. Status hearing set for 6/21/2016 at 11:30 AM. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.